UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

AMERIHOME MORTGAGE
COMPANY, LLC,

    Plaintiff,

v.                                                                       No. 5:25-CV-122-H

ANGEL LOZANO, et al.,

    Defendants.

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that the Court grant the plaintiff's motion to voluntarily dismiss this case. Dkt. No. 27. The FCR explains that no defendant objects to or will be prejudiced by such dismissal and that, in any event, the Court lacks subject-matter jurisdiction. *Id.* at 1. No objections were filed.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The plaintiff's claims against the defendants are dismissed without prejudice.

Plaintiff's counsel, Attorney Sammy Hooda, is cautioned that if he files additional cases in this Court where jurisdiction is lacking, the action is deemed factually or legally frivolous, or that otherwise fail to meet Rule 11's standards, he may be subject to sanctions, including a monetary sanction or a filing ban. *See* Dkt. No. 27 at 7.

So ordered on December 9, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE